UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21063-CV-SCOLA
(17-20706-CV-SCOLA)
MAGISTRATE JUDGE REID

WALTER HUGO ITURRI ESTUPINAN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## REPORT RECOMMENDING DISMISSAL AS DUPLICATIVE

The *pro se* movant, has filed a motion to vacate in Case No. 19-21063-CV-SCOLA, attacking his conviction in Case No. 17-20706-CR-SCOLA. The movant filed a prior motion to vacate, attacking this same criminal conviction, assigned Case No. 19-20932-CV-SCOLA. That motion is pending in this Court. The instant case is duplicative of Case No. 19-20932-CV-SCOLA in that it attacks the same conviction and sentence on the same grounds.

It is therefore recommended that this higher numbered case be dismissed as duplicative.

Objections to this Report may be filed within fourteen days following receipt.

Dated this 20th day of March 2019.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Walter Hugo Iturri Estupian
    Reg. No. 14978-104
    Rivers
    Correctional Institution
    Inmate Mail/Parcels
    Post Office Box 630
    Winton, NC 27986
    PRO SE

    Yvonne Rodriguez-Schack
    United States Attorney's Office
    99 NE 4 Street
    Miami, FL 33132

    Email: Yvonne.Rodriguez-Schack@usdoj.gov