United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Walter Hugo Iturri Estupinan, Petitioner, | ) ) ) |
| v. | ) Civil Action No. 19-21063-Civ-Scola ) |
| United States Of America, Respondent. | ) ) ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 20, 2019, Judge Reid issued a report, recommending that the Court dismiss Petitioner Walter Hugo Iturri Estupinan's 28 U.S.C. § 2255 federal habeas corpus petition. (Report of Mag. J., ECF No. 4.) Iturri Estupinan has not filed objections to the report and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling: Iturri Estupinan filed a prior motion to vacate, attacking the same criminal conviction on the same grounds. The instant case is thus duplicative of Iturri Estupinan's motion to vacate in 19-20932-RNS.

The Court thus **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 4**). The Court **dismisses** this case, **without prejudice** to Iturri Estupinan's proceeding in the earlier-filed case.

The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on April 9, 2019.

_____
Robert N. Scola, Jr.
United States District Judge